**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

This Document Relates to
HERIBERTO RIVERA,

MDL No. 1431 (MJD/JGL)

Plaintiff,

v.

Case No: 01-CV-2404

BAYER CORPORATION;
BAYER AG; and
GLAXOSMITHKLINE,

Defendants.

## ORDER

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

Dated: DEC 0 2 2005

Michael J. Davis
United States District Judge

SCANNED
DEC 0 5 2005
U.S. DISTRICT COURT MPLS

E-SERVED
08/09/05
11:34 AM ET
BAYCOL MDL 1431

**CERTIFICATE OF SERVICE**

I, Sara McIntosh, certify that a true and correct copy was electronically served to counsel of record via Verilaw on August 9, 2005.

Sara S. McIntosh